UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**ALEXANDER STROSS,**

    **Plaintiff,**

v.                                     No. SA-18-CV-01039-JKP

**HEARST COMMUNICATIONS, INC., HEARST CORPORATION, HEARST NEWSPAPERS, LLC, HEARST NEWSPAPERS II, LLC, HEARST SEATTLE MEDIA, LLC, HEARST MEDIA SERVICES CONNECTICUT, LLC, MIDLAND PUBLISHING COMPANY. LLC, HURON PUBLISHING COMPANY, LLC, EDWARDSVILLE PUBLISHING COMPANY, LLC,**

    **Defendants.**

## ORDER

This matter is before the Court upon Plaintiff's Opposed Motion for Leave to File Second Amended Complaint (Doc. 74); Plaintiff's Opposed Motion to Modify Scheduling Order and Motion for Rule 37(d) Sanctions (Doc. 76); and Plaintiff's Motion to Overrule Objections and Compel Responses to Discovery (Doc. 79). A hearing on these pending motions is hereby scheduled for Thursday, August 27, 2020 at 10:00 AM by Zoom video conference.

The Zoom call-in information will be forwarded to all the parties by Magda Muzza, the Courtroom Deputy. Should counsel not receive the call-in information of have any questions, please contact Ms. Muzza at least 48 hours prior to the hearing at (210) 244-5021 or Magda_Muzza@txwd.uscourts.gov.

2

IT IS SO ORDERED.
SIGNED this 13th day of August, 2020.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE