UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**ALEXANDER STROSS,**

    **Plaintiff,**

v.   No. SA-18-CV-01039-JKP

**HEARST COMMUNICATIONS, INC., HEARST CORPORATION, HEARST NEWSPAPERS, LLC, HEARST NEWSPAPERS II, LLC, HEARST SEATTLE MEDIA, LLC, HEARST MEDIA SERVICES CONNECTICUT, LLC, MIDLAND PUBLISHING COMPANY. LLC, HURON PUBLISHING COMPANY, LLC, EDWARDSVILLE PUBLISHING COMPANY, LLC,**

    **Defendants.**

## ORDER

This matter comes before the Court. In preparation for the hearing scheduled for August 27, 2020, the parties are ORDERED to confer and file by joint supplement a copy of the Licensing Agreement that is the subject of the motions before the Court. The joint supplement shall be filed on or before August 24, 2020.

It is so ORDERED.
SIGNED this 14th day of August, 2020.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE